Scott A. Flinders (6975)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*
*American Family Mutual Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT and MYRNA DANGANAN, | CASE NO.: 2:17-cv-02786-RFB-PAL |
| Plaintiffs, | |
| vs. | **STIPULATION TO CONTINUE HEARING** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Insurance Corporation, | |
| Defendant. | |

Plaintiffs ROBERT and MYRNA DANGANAN, by and through their counsel of record, Kesha A. Hodge, Esq. of MERLIN LAW GROUP, P.A. and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through its counsel of records, Scott A. Flinders, Esq of the law firm HUTCHISON & STEFFEN, PLLC, hereby stipulate that the hearing on the parties Amended Second Stipulation to Extend Discovery Deadlines scheduled for July 31, 2018 at 2:00 p.m. be continued to a date and time convenient to the court.

///

///

///

///

///

///

The parties represent that this Stipulation is entered into in good faith and not for the purposes of undue delay.

Dated this 25th day of July, 2018.

HUTCHISON & STEFFEN, PLLC

*/s/ Scott A. Flinders*
Scott A. Flinders (6975)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*American Family Mutual Insurance*
*Company*

Dated this 25th day of July, 2018.

MERLIN LAW GROUP, P.A.

*/s/ Kesha A. Hodge*
Kesha A. Hodge, Esq.
403 Hill Street
Reno, Nevada 89501
(775) 229-8021
*Attorneys for Plaintiffs*

## ORDER

IT IS ORDERED that the hearing on the Amended Second Stipulation to Extend Discovery Deadlines will be heard on the __6th__ day of __August__, 2018 at the hour of 10:30 a.m.

DATED this __26th__ day of __July__, 2018.

U.S. MAGISTRATE JUDGE

Submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Scott A Flinders*
Scott A. Flinders (6975)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*American Family Mutual Insurance Company*

2