Michael N. Poli (Bar No. 005461)
mpoli@merlinlawgroup.com
Kesha A. Hodge *(Admitted Pro Hac Vice)*
khodge@merlinlawgroup.com
MERLIN LAW GROUP, P.A.
403 Hill Street
Reno, Nevada 89501
Telephone (775) 229-8021
Facsimile (775) 315-9984
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT and MYRNA DANGANAN, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, <br><br> Defendant. | Case No. 2:17-CV-02786-RFB-PAL <br><br> **AMENDED STIPULATION TO EXTEND DISCOVERY PLAN AND AMEND SCHEDULING ORDER** <br><br> **(Second Request)** |

Plaintiffs, Robert and Myrna Danganan, by and through their attorney, and Defendant, American Family Mutual Insurance Company, by and through its attorney (hereinafter collectively referred to as "the Parties") hereby respectfully submit their Amended Stipulation and Order to Extend Discovery Deadlines (Second Request) (amendment to Docket #30 to include extension for Joint Pre-Trial Order) pursuant to Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rules 6-1 and 26-4. The proposed extended discovery deadlines contemplate sixty (60) days to complete pending discovery.

This stipulation is brought pursuant to LR26-4, which provides that a request made within 21 days of the discovery cut-off date, which is currently set for July 11, 2018, must be supported by a showing of good cause. Good cause exists to support this request. Specifically, Plaintiffs need additional time to depose pertinent witnesses, namely the designated Rule 30(b)(6) corporate representative(s) of American Family Mutual Insurance Company.

1

T1975903.DOCX;1

Plaintiffs have been diligent in their efforts to get this deposition set, but due to circumstances beyond their control, have not been able to do so.  On April 24, 2018, Plaintiffs' counsel served counsel for American Family Mutual Insurance Company with the topics of inquiry and the Notice of Deposition setting it for May 10, 2018 at 10:00 a.m.  The next day, defense counsel indicated that the May 10, 2018 date would not work and agreed to the initial month discovery extension.  Plaintiff's counsel, on at least three occasions thereafter, requested that defense counsel provide alternative potential dates.  On June 19, 2018, after receiving no response or alternative dates, Plaintiffs' counsel unilaterally noticed the deposition for July 10, 2018, one day before the existing discovery deadline.  Defense counsel, on June 21, 2018, again indicated that the date did not work and that he would obtain available dates in August from his client.  The available dates in August were provided to Plaintiffs the next day.  The Parties are have not yet confirmed a new deposition date, but are holding August 29, 30 and 31, 2018 and hope to have the logistics finalized shortly.

The Parties request this Stipulation to extend discovery by sixty (60) days be approved by the Court in order to allow Plaintiffs to depose Defendant.

This is the Parties' second request for an extension of time, and the same is not interposed for purposes of delay, but for the sole purpose of allowing to Parties to diligently and adequately prepare their respective cases for either settlement discussions or trial.

## I.   DISCOVERY COMPLETED

| | |
|---|---|
| Joint Status Report | November 30, 2017 |
| Stipulated Discovery Plan and Scheduling Order | December 7, 2017 |
| Plaintiffs FRCP 26.1 Disclosures | January 9, 2018 |
| Defendants' FRCP 26.1 Disclosures | January 8, 2018 |
| Defendants' Written Discovery Served | January 22, 2018 |
| Plaintiffs' Responses to Defendant's Written Discovery | March 1, 2018 |
| Plaintiffs FRCP 26.2 Expert Disclosures | March 12, 2018 |
| Defendant FRCP 26.2 Expert Disclosures | March 12, 2018 |
| Plaintiffs FRCP 26.2 First Supplemental Expert Disclosures | April 11, 2018 |

2

Deposition of Plaintiffs                                June 4, 2018

## II.  DISCOVERY THAT REMAINS TO BE COMPLETED

The taking of the depositions of American Family's 30(b)(6) Representative.

## III.  REASON WHY DISCOVERY HAS NOT BEEN COMPLETED

The Parties have been diligent in conducting discovery but believe additional time is necessary for Plaintiffs to depose the designated Rule 30(b)(6) corporate representative(s) of American Family Mutual Insurance Company. As noted above, the first and only dates provided to Plaintiffs were in August 2018.

## IV.  PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

| DISCOVERY ACTION | CURRENT DATE | STIPULATED DATE |
|---|---|---|
| Discovery Cut-off | July 11, 2018 | September 11, 2018 |
| Dispositive Motions | August 8, 2018 | October 8, 2018 |
| Joint Pre-Trial Order | July 10, 2018 | November 7, 2018 |

STIPULATED AND AGREED TO this 9th day of July, 2018.


**MERLIN LAW GROUP, P.A.**            **HUTCHINSON & STEFFEN, LLC**


By  */s/ Kesha A. Hodge*                    By */s/ Scott A. Flinders with permission*
    Michael N. Poli  /  Kesha A. Hodge          Scott A. Flinders
    403 Hill Street                              Peccole Professional Park
    Reno, Nevada 89501                           10080 West Alta Drive, Suite 200
    Attorney for Plaintiffs                       Attorney for Defendant



IT IS SO ORDERED:


 August 10, 2018
_____                    _____
DATE                                   UNITED STATES MAGISTRATE JUDGE

3

T1975903.DOCX;1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2018, I electronically transmitted the foregoing **AMENDED STIPULATION TO EXTEND DISCOVERY PLAN AND AMEND SCHEDULING ORDER (Second Request)** to the Clerk of the Court for the United States District Court, District of Nevada using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and counsel of record:

Scott A. Flinders (sflinders@hutchlegal.com)

 */s/ Gracie Dobratz*
An Employee of Merlin Group, P.A.

T1975903.DOCX;1